UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MECHELLE M. HOLLIS, | ) | CASE NO. 1:25-cv-867 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Mechelle M. Hollis's claim for supplemental security income was denied by defendant the Commissioner of Social Security (the "Commissioner"). (Doc. No. 1 (Complaint), at 1).[1] Hollis seeks review of that adverse decision under 28 U.S.C. § 405(g). The matter was referred to Magistrate Judge Carmen E. Henderson for a report and recommendation. *See* Local Rule 72.2(b). On January 7, 2026, Judge Henderson recommended that the Court affirm the Commissioner's decision. (*See* Doc. No. 12 (Report and Recommendation).)

Under 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy [of a report and recommendation], any party may serve and file written objections to [the] proposed findings and recommendations as provided by rules of court." That fourteen-day period expired on January 21, 2026, but Hollis has filed no objections. Failure to file written objections to a magistrate judge's report and recommendation constitutes a waiver of a de novo determination by

---

[1] All page number references to the record herein are to the consecutive page numbers applied to each individual document by the Court's electronic filing system.

the district court of any issue covered in the report. *Thomas v. Arn*, 728 F.2d 813, 814–15 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Newman v. Comm'r of Soc. Sec.*, No. 5:22-cv-1982, 2023 WL 7048737, at *1 (N.D. Ohio Oct. 26, 2023).

The Court has reviewed the magistrate judge's report and recommendation and adopts the same. Accordingly, the Commissioner's decision is AFFIRMED, and this case is DISMISSED.

**IT IS SO ORDERED**.

Dated: January 29, 2026

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**